UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, JR., | No. 2: 20-cv-0968 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD WEISS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2020, plaintiff filed a one-page long document titled "motion for summary judgment." (ECF No. 14.) This document does not comply with the procedures for summary judgment motions contained in Federal Rule of Civil Procedure 56 and Local Rule 260. In addition, plaintiff's motion is not signed as required by Federal Rule of Civil Procedure 11.

Accordingly, IT IS HEREBY ORDERED plaintiff's July 6, 2020 motion for summary judgment (ECF No. 14) is denied.

Dated: July 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Coon968.sj

1