UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, Jr., | No. 2: 20-cv-0968 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD WEISS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2020, plaintiff filed a motion for a settlement conference. (ECF No. 21.) On September 9, 2020, the court issued a minute order setting this action for a settlement conference before Magistrate Judge Claire on December 17, 2020.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 21) is deemed resolved.

Dated: September 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Coons968.ord

1